KENNETH EADE (SBN 93774)
keneade@gmail.com
LAW OFFICE OF KENNETH G. EADE
6399 Wilshire Blvd. Suite 507
Los Angeles, CA 90048
Tel: (323) 782-8802
Fax: (323) 704-3539

*Attorney for Plaintiffs*
WILCO FINANCIAL SERVICES CORP.,
STEPHEN WILSHINSKY,
and CHARLOTTE WILSHINSKY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILCO FINANCIAL SERVICES CORPORATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HALBERD CORPORATION, *et al.*, <br><br> Defendants. | Case No. CV 12-10041 FMO (FFMx) <br><br> **DECLARATION OF KENNETH EADE IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT** <br><br> Date: February 6, 2014 <br> Time: 10:00 a.m. <br> Courtroom: 22, 5TH Floor <br> Judge: Fernando M. Olguin |

I, KENNETH G. EADE, hereby declare as follows:

1. That I am the attorney for the Plaintiffs, and, if called upon as a witness, could competently testify as to the following facts within my personal knowledge.

2. On December 6, 2012, service of the summons and complaint upon Defendant HALBERD CORPORATION was accepted by Randall Goulding, counsel for Defendant, as acknowledged by his email, attached to the proof of service filed on December 28, 2012 [Dkt 7].

3.     On December 13, 2012, service of the summons and complaint upon Defendant HALBERD CORPORATION, was made personally upon Defendant's registered agent, pursuant to the proof of service filed on December 28, 2012 [Dkt 9].

4.     Defendant failed to respond within the statutory time, pursuant to FRCP 55, and its default was entered on January 4, 2013.  On January 16, 2013, the Defendant moved to set aside the default, which the Court granted on February 5, 2013.

5.     On May 28, 2013, the Defendant's counsel filed a motion to withdraw as counsel for Defendant.  The motion was granted on July 15, 2013.  In granting the motion, the Court ordered that Defendant retain counsel and file a notice of appearance of counsel no later than August 15, 2013, and that the failure to file a notice of appearance may result in a default being entered against it and its counter-complaint being dismissed for failure to prosecute and/or failure to follow a Court Order.  The Defendant did not retain counsel and did not file a notice of appearance of counsel by August 15, 2013.

6.     On August 16, 2013, the Plaintiffs requested the Clerk of the Court to enter default against the Defendant, which was entered on September 5, 2013.

7.     The failure of the Defendant to follow the Court order and enter an appearance of counsel is a failure to otherwise defend the complaint, for which the Plaintiffs request a default judgment, pursuant to Federal Rule of Civil Procedure 55.

8.     That the defaulting parties are not infants or incompetent person, and the Servicemembers' Civil Relief Act (50 App. USC section 521) is not applicable to the defaulting parties, as Defendants are not natural persons.

9.     That the Notice of the Request to Enter Default was served on the Defendants HALBERD CORPORATION, HENRY LIGOURI and RUEBEN LOWING by mail on December 23, 2013, and the Notice of Motion for Default Judgment has been served concurrently with this Declaration.  No notice of a default hearing is required to be served on Defendants because they have not appeared either personally or by a representative.

10. The Defendants exacerbated their securities fraud by instructing the transfer agent to issue common shares in excess of their authorized issuance. In the amended initial disclosures filed with the OTC Markets Group, Inc. on October 11, 2012, a true copy of which is attached hereto as <u>Exhibit 1</u>, Part B, entitled "Share Structure" reveals: "As of August 24, 2012, there were 288,238,017 shares of the issuer's common stock outstanding." According to Section VI of the report, 220,084,263 of those shares are owned by Henry Ligouri. The report also states, "as of August 24, 2012, authorized shares were raised from 130,000,000…to 300,000,000…" which is a false statement, certified by Defendant Ligouri. When you compare it with the records of the Nevada Secretary of State, attached hereto and incorporated by reference herein as <u>Exhibit 2</u>, it shows clearly that only 130 million common shares are authorized.

11. As can be seen from the balance sheet on the financial statements filed with the OTC Markets on April 18, 2013, a true copy of which is attached hereto and incorporated by reference as <u>Exhibit 3</u>, the maximum authorized common stock the company can issue is only up to 130,000,000 shares.

12. The promissory note that was converted contained an attorney's fees clause. Plaintiffs have incurred attorney's fees in the prosecution of this action in collection of the debt in the amount of $_____, and respectfully request the Court to order attorney's fees pursuant to Civil Code section 1717. Attached hereto and incorporated by reference herein as <u>Exhibit 4</u> are true copies of my billings to the Plaintiffs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct this 6th day of January 2014.

                                        */s/ Kenneth G. Eade*
                                        KENNETH G. EADE (SB#93774)

DECLARATION OF K. EADE IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

*Wilco Fin'l Svcs Corp, et al. vs. Halberd Corp. et al.*
USDC – CA Central Dist., Case No. CV 12-10041 DDP (FFMx)

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action, my business address is 6399 Wilshire Blvd., Suite 507, Los Angeles, California 90048.

On January 6, 2014, I served the foregoing documents described as:

**DECLARATION OF KENNETH EADE IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**

on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

See attached Service List.

☒ BY CM/ECF NOTICE OF ELECTRONIC FILING: I caused said document(s) to be served by means of this Court's electronic transmission of Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users as indicated in the Service List obtained from this Court.

☒ BY U.S. MAIL: I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firms practice for collecting and processing correspondence for mailing. On the same day that correspondence or other service document is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage thereon fully prepaid.

☐ BY ELECTRONIC TRANSMISSION – I transmitted a PDF version of this document by electronic mail to the party(s) identified on the above service list using the e-mail address(es) indicated.

Executed this 6th day of January, 2014, at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

*/s/ Nichelle Guzmán*
NICHELLE GUZMAN

*Wilco Fin'l Svcs Corp, et al. vs. Halberd Corp. et al.*
USDC – CA Central Dist., Case No. CV 12-10041 DDP (FFMx)

# SERVICE LIST

| | |
|---|---|
| *Defendant HALBERD CORPORATION* [VIA US MAIL]<br><br>Halberd Corporation<br>c/o Registered Agent,<br>INCORP SERVICES, INC.<br>2360 Corporate Circle, Suite 400<br>Henderson, NV  89074-7722<br>Email:  info@halberdcorp.com | *Defendant INTERSTATE TRANSFER CO.* [VIA US MAIL]<br><br>Janis Patterson, Registered Agent<br>Interstate Transfer Company<br>1671 Roycroft Place, Suite C<br>Salt Lake City, Utah 84124<br>Email:  info@interstatetransfer.com<br>Phone: 801.414.3928<br>Fax: 801.281.9747 |
| *Defendant HENRY LIGOURI* [VIA US MAIL]<br><br>Henry Ligouri<br>7340 W. Russell Rd.<br>Las Vegas, NV 89113 | *Defendant RUEBEN LOWING* [VIA US MAIL]<br><br>Mr. Rueben Lowing<br>c/o Halberd Corporation<br>9030 West Sahara Av. #690<br>Las Vegas NV.  89117<br>Email: rueben.lowing@halberdcorp.com |
| *Counsel for Third Party Defendant Wilson Davis & Co. Inc.* [VIA CM/ECF]<br><br>Evan S. Strassberg<br>Vantus Law Group PC<br>6995 Union Park Center, Ste. 010<br>Salt Lake City, UT 84047<br>Email:  evan@vantuslaw.com | |