1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KENNETH G. EADE (SBN 93774)
keneade@gmail.com
LAW OFFICE OF KENNETH G. EADE
8484 Wilshire Blvd., Suite 515
Beverly Hills, CA  90211
Telephone:  (323) 782-8802
Fax:  (323) 704-3539

*Attorney for Plaintiffs*
WILCO FINANCIAL SERVICES CORP.,
STEPHEN WILSHINSKY,
and CHARLOTTE WILSHINSKY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILCO FINANCIAL SERVICES CORPORATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>HALBERD CORPORATION, *et al.*,<br><br>Defendants. | Case No. 2:12-cv-10041 JEM<br><br>**STIPULATION RE DISMISSAL OF DEFENDANTS**<br><br>Date:        None<br>Time:        None<br>Courtroom:   C, 8th Flr, 312 N. Spring St.<br>Mag. Judge:   John E. McDermott |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs WILCO FINANCIAL SERVICES CORPORATION, STEPHEN WILSHINSKY, and CHARLOTTE WILSHINSKY (collectively "Plaintiffs") and Defendants HALBERD CORPORATION, HENRY LIGOURI and RUEBEN LOWING ("Defendants") (collectively "Parties") as follows:

    1.    That the action as against Defendants HENRY LIGOURI and RUEBEN LOWING be dismissed with prejudice; and

- 1 -

2.      That the action as to Defendant HALBERD CORPORATION be dismissed without prejudice.

3.      Plaintiffs and Defendant HALBERD CORPORATION stipulate and agree that any and all claims that Plaintiffs may have against Defendant HALBERD CORPORATION are preserved and shall be brought in Bankruptcy Court.

DATED: May 15, 2015

                               /s/ Kenneth G. Eade
                               KENNETH G. EADE (SBN 93774),
                               *Attorney for Plaintiffs*

                               LARRY L. NASH (SBN 51227),
                               *Attorney for Defendants Ligouri and Lowing*

                               ERIC W. BERRY (*Admitted Pro Hac Vice*)
                               *Attorney for Defendants*

                               ERIC BENSAMOCHAN (SBN 255482),
                               *Attorney for Defendant Halberd Corporation*

JOINT STIPULATION RE: DISMISSAL

2. That the action as to Defendant HALBERD CORPORATION be dismissed without prejudice.

3. Plaintiffs and Defendant HALBERD CORPORATION stipulate and agree that any and all claims that Plaintiffs may have against Defendant HALBERD CORPORATION are preserved and shall be brought in Bankruptcy Court.

DATED: May 15, 2015

_/s/ Kenneth G. Eade_____
KENNETH G. EADE (SBN 93774),
*Attorney for Plaintiffs*


_____
LARRY L. NASH (SBN 51227),
*Attorney for Defendants Ligouri and Lowing*


_____
ERIC W. BERRY (*Admitted Pro Hac Vice*)
*Attorney for Defendants*


_____
ERIC BENSAMOCHAN (SBN 255482),
*Attorney for Defendant Halberd Corporation*

- 2 -

JOINT STIPULATION RE: DISMISSAL

2.     That the action as to Defendant HALBERD CORPORATION be dismissed without prejudice.

3.     Plaintiffs and Defendant HALBERD CORPORATION stipulate and agree that any and all claims that Plaintiffs may have against Defendant HALBERD CORPORATION are preserved and shall be brought in Bankruptcy Court.

DATED:  May 15, 2015

        /s/ Kenneth G. Eade
KENNETH G. EADE (SBN 93774),
*Attorney for Plaintiffs*

LARRY L. NASH (SBN 51227),
*Attorney for Defendants Ligouri and Lowing*

ERIC W. BERRY (*Admitted Pro Hac Vice*)
*Attorney for Defendants*

ERIC BENSAMOCHAN (SBN 255482),
*Attorney for Defendant Halberd Corporation*

- 2 -

JOINT STIPULATION RE: DISMISSAL

*Wilco Fin'l Svcs Corp, et al. vs. Halberd Corp. et al.*
USDC – CA Central Dist., Case No. 2:12-cv-10041 JEM

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action, my business address is Law Office of Kenneth G. Eade, 8484 Wilshire Blvd., Suite 515, Beverly Hills, California 90211.

On May 15, 2015, I served the foregoing documents described as:

**STIPULATION RE DISMISSAL OF DEFENDANTS; PROPOSED ORDER**

on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

See attached Service List.

☒   **BY CM/ECF NOTICE OF ELECTRONIC FILING:**   I caused said document(s) to be served by means of this Court's electronic transmission of Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users as indicated in the Service List obtained from this Court.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed this 15th day of May, 2015, at Palmdale, California.


                                          /s/ *Nichelle Guzmán*
                                    NICHELLE GUZMAN

JOINT STIPULATION RE: DISMISSAL

*Wilco Fin'l Svcs Corp, et al. vs. Halberd Corp. et al.*
USDC – CA Central Dist., Case No. 2:12-cv-10041 JEM

1

## SERVICE LIST

2

3    *Counsel for Defendants LIGOURI & LOWING*        *Counsel for Defendant HALBERD CORP.*

4    Larry L. Nash                                    Eric Bensamochan
5    Law Offices of Larry L. Nash                     The Bensamochan Law Firm, Inc.
     19355 Business Center Drive, Ste. 3              20501 Ventura Blvd., Suite 130
6    Northridge, CA  91324                            Woodland Hills, CA 91364
7    Email:  larrynashlaw@pacbell.net                 Email :  eric@eblawfirm.us
     Tel:  (818) 993-8522                             Tel :  818-574-5740
8    Fax:  (818) 993-9427                             Fax :  818-961-0138

9    *Co-Counsel for Defendants LIGOURI &*
10   *LOWING*

11   Eric W. Berry
     Berry Law PLLC
12   5 Columbus Circle, 8th Floor
13   New York, NY 10019
     Email:  berrylawpllc@gmail.com
14   Tel:  (212) 355-0777
15   Fax:  (212) 750-1371

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION RE: DISMISSAL