1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILCO FINANCIAL SERVICES CORPORATION, *et al.*,<br><br>           Plaintiffs,<br><br>    v.<br><br>HALBERD CORPORATION, *et al.*,<br><br>           Defendants. | Case No. CV 12-10041 JEM<br><br>**ORDER ON STIPULATION RE DISMISSAL OF DEFENDANTS**<br><br>Date:         None<br>Time:        None<br>Courtroom: C, 8th Flr, 312 N. Spring St.<br>Mag. Judge: John E. McDermott |

Having read and considered the Stipulation of Plaintiffs WILCO FINANCIAL SERVICES CORPORATION, STEPHEN WILSHINSKY, and CHARLOTTE WILSHINSKY (collectively "Plaintiffs") and Defendants HALBERD CORPORATION, HENRY LIGOURI and RUEBEN LOWING ("Defendants") (collectively "Parties"), for a dismissal of Defendants HENRY LIGOURI and RUEBEN LOWING with prejudice and Defendant HALBERD CORPORATION without prejudice,

IT IS HEREBY ORDERED,

1. That the action as against Defendants HENRY LIGOURI and RUEBEN LOWING be dismissed with prejudice; and

2. That the action as to Defendant HALBERD CORPORATION be dismissed without prejudice.

3. Plaintiffs and Defendant HALBERD CORPORATION stipulate and agree that any and all claims that Plaintiffs may have against Defendant HALBERD CORPORATION are preserved and shall be brought in Bankruptcy Court.

IT IS SO ORDERED.

DATED: May 18, 2015

*John E. McDermott*

John E. McDermott
United States Magistrate Judge

ORDER ON STIPULATION RE DISMISSAL OF DEFENDANTS